In the Matter of the Claim of MABEL J. LUTZ, against THEO. P. HUFFMAN & Co., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — failure of workman to file claim for compensation within one year of injury not fatal to widow's claim filed within one year after his death.*

*Lutz* v. *Huffman & Co.,* 194 App. Div. 945, affirmed.

(Argued June 3, 1921; decided July 14, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1921, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant alleged that her husband, while in the employ of the defendant Huffman & Co., suffered three accidents, one in March and two in August, 1916. The husband, while living, filed claims for compensation but they were disallowed on the grounds that no accident was proven and that they were filed more than one year after the alleged accidents occurred. The husband died in February, 1918, of tuberculosis of the spine, and in November, 1918, the widow filed the within claim based upon the alleged injuries received in March, 1916. The commission held that the fact that deceased had failed to claim compensation within one year after the accident was not fatal to the widow's claim and found that deceased received injuries on March 6, 1916; that deceased was also injured early in the month of August, 1916, and again on August 16, 1916, and that as a result of three such injuries he died on February 11, 1918, of tubercular spine.

*Charles B. Sullivan* and *Philip J. O'Brien* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for State Industrial Commission, respondent.

*James A. Dayton* for claimant.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Absent: POUND, J.